**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID A. PHILIP,<br><br>               Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP,<br><br>               DefendantS. | Case No. 2:11-cv-01499-JCM-PAL<br><br>**ORDER** |

This matter is before the court on Defendant's failure to file and serve a signed statement as required in Order (Dkt. #3) entered September 19, 2011, regarding removal of this case to federal district court. This matter is also the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered September 19, 2011, regarding removal of this case to federal district court. As such,

**IT IS ORDERED** counsel for the defendant(s) shall, no later than **4:00 p.m., November 10, 2011,** file and serve a signed statement under the case and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.
2. The date(s) on which you were served with a copy of the summons.
3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.
4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and

1 the date you first received a paper identifying the basis for removal.

5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.

6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

**IT IS FURTHER ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., November 10, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 27th day of October, 2011.

Peggy A. Leen
United States Magistrate Judge