David A. Philip
934 Trinity Pond Circle
Henderson, Nevada 89002
(702) 496-0231
*Plaintiff in proper person*

2012 MAR 13  P 2: 11

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| David A. Philip, | Case No. **2:11-CV-1499 JCM (PAL)** |
| Plaintiff, | |
| vs. | |
| BAC Home Loans Servicing, LP; ReconTrust Company, N.A.; Bank of New York Mellon; Mortgage Electronic Registration Systems, Inc.; and Does 1 through 100, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO MOTION TO DISMISS [DKT # 14]** |
| Defendants. | |

    Defendants BAC Home Loans Servicing, LP; ReconTrust Company, N.A; Bank of New York Mellon; and Mortgage Electronic Registration Systems, Inc. (collectively "Defendants"), and Plaintiff, David A. Philip, have stipulated to extend Plaintiff's time to file his Response to the Motion to Dismiss [Docket # 14]. The deadline for Plaintiff to respond in opposition to Defendants' Motion to Dismiss shall be extended ten (10) days to Thursday, March 22, 2012.

///
///
///
///
///
///
///
///

This the parties' first extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 13th day of March, 2012.

AKERMAN SENTERFITT LLP

/s/ Diana S. Erb
DIANA S. ERB, ESQ.
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendants*
*Bank of America Home Loans; ReconTrust Company, N.A., Bank of New York Mellon, and Mortgage Electronic Registration Systems, Inc.*

DATED this 13th day of March, 2012.

David A. Philip
934 Trinity Pond Circle
Henderson, Nevada 89002
(702) 496-0231
*Plaintiff in proper person*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 16, 2012